1062

No. 99–625. JEWELL v. DALLAS INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied. 

No. 99–634. ANDERSON v. DALLAS AREA RAPID TRANSIT. C. A. 5th Cir. Certiorari denied. 

No. 99–635. SEPE v. MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari denied. 

No. 99–639. CIRCLE INDUSTRIES USA, INC. v. PARKE CONSTRUCTION GROUP, INC. C. A. 2d Cir. Certiorari denied. 

No. 99–643. WAREHAM EDUCATION ASSN. ET AL. v. MASSACHUSETTS LABOR RELATIONS COMMISSION ET AL. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 99–646. ROGAN v. EVANS. C. A. 1st Cir. Certiorari denied. 

No. 99–647. FONTENOT ET AL. v. DUAL DRILLING CO. C. A. 5th Cir. Certiorari denied. 

No. 99–648. MCGLOTHLIN v. CULLINGTON. Ct. App. Tex., 3d Dist. Certiorari denied. 

No. 99–660. MCDUFFIE, DBA D & M CONTRACTING CO. v. CITY OF JACKSONVILLE. C. A. 11th Cir. Certiorari denied. 

No. 99–661. WILLMAN v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 99–665. IN RE MOTHERSHED. C. A. 10th Cir. Certiorari denied.

No. 99–691. HOCKADAY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 99–744. PREMIER GAMES, INC., ET AL. v. LOUISIANA ET AL. Ct. App. La., 1st Cir. Certiorari denied. 
